UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANJINDER SINGH BEESLA,<br><br>                Plaintiff,<br><br>    v.<br><br>PORT OF SEATTLE POLICE,<br><br>                Defendant. | CASE NO. 2:21-cv-01155 MJP<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 4) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Marsha J. Pechman.

DATED this 8th day of September, 2021.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge